# SCHNELLER & LOMENICK, P.A.

## Attorneys at Law
126 North Spring Street
P. O. Box 417*
Holly Springs, Mississippi 38635

**Karen B. Schneller**                                    Phone: 662-252-3224
**Robert H. Lomenick, Jr.**                               Fax:     662-252-2858

September 28, 2020

United States Bankruptcy Court
Northern District of Mississippi
Cochran U.S. Bankruptcy Courthouse
703 Highway 145 North
Aberdeen, MS 39730

        RE:   Michael Henry Williams & Kimberly Michelle Williams
              Chapter 7, Case #20-12660 JDW

Dear Clerk:

Please be advised that the correct mailing address for the Creditor, First Financial Bank, in the above referenced cause of action is as follows:

**First Financial Bank**
**P.O. Box 5437**
**Abilene TX 79608**

Should you have any questions or need any further information, please do not hesitate to contact my office.

                                          Sincerely,

                                          /s/ Robert H. Lomenick

                                          ROBERT H. LOMENICK

RHL/jh